UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br>　　　　Petitioner, <br><br>　　v. <br><br>STATE OF WASHINGTON, <br><br>　　　　Respondent. | Case No. 17-cv-00525 NC (PR) <br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner appears to be challenging a conviction he suffered in Yakima County Superior Court in Walla Walla, Washington, is TRANSFERRED to the Eastern District of Washington, as that is the district of conviction. *See* 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

**IT IS SO ORDERED.**

DATED: March 27, 2017

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-00525 NC (PR)
ORDER OF TRANSFER